IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CV-177-BR

| | |
|---|---|
| JASON STEWART and PATRICIA CRETA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| EQ INDUSTRIAL SERVICES, INC. and EQ HOLDING COMPANY, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This case comes before the court on several motions by the parties. The motions by plaintiffs Jason Stewart and Patricia Creta (collectively "plaintiffs") are:

(1) motion (D.E. 44) to compel discovery responses from defendants;

(2) first motion (D.E. 46) to compel class case discovery responses from defendants;

(3) second motion (D.E. 48) to compel class case discovery from defendants, along with a motion (D.E. 50) for an expedited hearing on this motion and the first motion to compel class discovery; and

(4) motion (D.E. 57) to compel Rule 30(b)(6) witness designations from defendants, along with a motion (D.E. 59) to expedite a hearing on the motion.

The motions by defendants EQ Industrial Services, Inc. and EQ Holding Company (collectively "defendants") are:

(1) motion (D.E. 27) to compel independent medical examinations of plaintiffs;

(2) motion (D.E. 34) to compel medical authorizations of plaintiff Patricia Creta; and

(3) motion (D.E. 55) for a discovery conference, along with a motion (D.E. 62) to expedite its consideration by the court.

For good cause shown, the court ALLOWS the parties' motions to expedite (D.E. 50, 59, 62) on the terms specified herein. The court also ALLOWS defendants' motion for a discovery conference (D.E. 55) and shall hold a combined hearing on the remaining motions and discovery status conference on Tuesday, 22 November 2011, at 1:30 p.m. in the Fifth Floor Courtroom of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. Any outstanding responses to the remaining motions shall be filed by 12:00 p.m. on 21 November 2011.

SO ORDERED, this 15th day of November 2011.

James E. Gates
United States Magistrate Judge