IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CV-177-BR

| | |
|---|---|
| JASON STEWART and PATRICIA CRETA, ) ) ) Plaintiffs, ) ) v. ) ) EQ INDUSTRIAL SERVICES, INC. and ) EQ HOLDING COMPANY, ) ) Defendants. ) | **ORDER** |

This case comes before the court on a motion (D.E. 71, 73[1]) filed by plaintiffs Jason Stewart and Patricia Creta (collectively "plaintiffs") to allow their counsel, Henry Dart, to appear by telephone at the hearing scheduled for 22 November 2011. Plaintiffs' co-counsel will appear at the conference in person. Defendants do not oppose plaintiffs' motion. For good cause shown, the court ALLOWS plaintiffs' motion. Mr. Dart is to contact courtroom deputy Shari Powers at (919) 645-1734 before the close of business on 21 November 2011 to make appropriate arrangements for the hearing.

SO ORDERED, this  18  day of November 2011.

_____
James E. Gates
United States Magistrate Judge

---

[1] The motion appears to have been inadvertently filed twice.